460 F.2d 1407
 UNITED STATES of America, Appellee,
v.
Andrew MUNCHAK, Jr., Appellant.
 No. 825, Docket 72-1388.
 United States Court of Appeals,
Second Circuit.
 Argued June 13, 1972.
Decided June 15, 1972.
 
 Edward N. Costikyan, New York City (Paul, Weiss, Rifkind, Wharton & Garrison, Jack C. Auspitz, Warren M. Green, New York City, of counsel), for appellant.
 Daniel J. Sullivan, Asst. U. S. Atty., New York City (Whitney North Seymour, Jr., U. S. Atty., for Southern District of New York, John W. Nields, Jr., Asst. U. S. Atty., New York City, of counsel), for appellee.
 Before KAUFMAN, HAYS and OAKES, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order denying appellant's motion for a new trial is affirmed on the basis of Judge Weinfeld's opinion below. 338 F.Supp. 1283 (S.D.N.Y.1972).